# United States Court of Appeals
## For the First Circuit

Nos. 12-1264, 12-1463

UNITED STATES,

Appellee,

v.

CARLOS SEVILLA-OYOLA,
a/k/a Carlitos Caridad, a/k/a Viejo,

Defendant, Appellant.

Before
Lynch, Chief Judge,
Torruella and Thompson,  Circuit Judges.

**Order of Court**
**Entered: October 16, 2014**

Appellant Carlos Sevilla-Oyola's petition for panel rehearing is granted.  The court's June 3, 2014 opinion is withdrawn, and the June 3, 2014 judgment is vacated. A new opinion is to issue this day.

By the Court:
/s/ Margaret Carter, Clerk

cc: Hon. José Antonio Fusté, Frances de Moran, Clerk, United States District Court for the District of Puerto Rico, Mr. Cass, Mr. Castro Lang, Ms. Hernandez-Vega, Mr. Klumper, Ms. Meconiates, Ms. Mizner, Mr. Perez-Sosa, Ms. Rios-Rosario, Mr. Rivera-Giraud & Ms. Sandoval.